## Commonwealth, Appellant, *v.* Girard Trust Company.

Argued May 26, 1937. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Manuel Kraus*, Deputy Attorney General, with him *Charles J. Margiotti*, Attorney General, for appellant.

*Geo. Ross Hull*, of *Snyder, Hull, Hull & Leiby*, for appellee.

OPINION BY MR. JUSTICE STERN, June 25, 1937:

This is an appeal from a judgment of the Court of Common Pleas of Dauphin County fixing the settlement of the tax on shares of capital stock of defendant, a trust

company, for the year 1929. The questions involved are identical with those in *Commonwealth v. Schuylkill Trust Company,* 327 Pa. 127. The application of the proper legal principles to the present case resulted in a finding that defendant had overpaid the amount of tax due; therefore the court below entered judgment in its favor, from which the Commonwealth, raising the same contentions as in the Schuylkill Trust Company case, has taken this appeal. For the reasons set forth in the opinion filed in that case, the judgment here also is affirmed.